# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC ULIS, | |
| Plaintiff, | Case No. 23-CV-636 (JMC) |
| v. | |
| FEDERAL BUREAU OF INVESTIGATION, *et al.*, | |
| Defendants. | |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED**

that Defendants' motion to dismiss for failure to state a claim, ECF 3, is **GRANTED**, and this case

is **DISMISSED.**

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: December 13, 2023